1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY NAGLE, derivatively on behalf of ROCKET LAB USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER BECK, ADAM SPICE, NINA ARMAGNO, EDWARD FRANK, MATT OCKO, JON A. OLSON, KENNETH POSSENRIEDE, MERLINE SAINTIL, and ALEX SLUSKY, <br><br> Defendants, <br><br> and <br><br> ROCKET LAB USA, INC., <br><br> Nominal Defendant. | Case No. **CV 25-2266-GW-KESx** <br><br> The Hon. George H. Wu <br><br> **ORDER GRANTING THE STIPULATION LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION** |

[Additional caption on following page]

| | |
|---|---|
| MOHAMMED ABBAS, Derivatively on Behalf of Nominal Defendant ROCKET LAB USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER BECK, ADAM SPICE, NINA ARMAGNO, EDWARD FRANK, MATT OCKO, JON A. OLSON, KENNETH POSSENRIEDE, MERLINE SAINTIL, and ALEX SLUSKY, <br><br> Defendants, <br><br> and <br><br> ROCKET LAB USA, INC., <br><br> Nominal Defendant. | Case No. CV 25-3361-SVW-MAAx |

The Court has reviewed the Parties' Stipulation Lifting the Stay in the First Action, Consolidating Related Shareholder Derivative Actions, Appointing Co-Lead Counsel for Plaintiffs, and Staying the Consolidated Derivative Action ("Stipulation"). For the reasons identified in that Stipulation and good cause appearing, the Court HEREBY ORDERS that:

1. The Stay in the *Nagle* Action is temporarily lifted for the sole and limited purpose of permitting Plaintiffs to file, and the Court to rule on, the Stipulation.

2. Undersigned counsel for Defendants are authorized to accept, and upon the Court's approval of this [Proposed] Order, do accept service of the Complaint in the *Abbas* Action on behalf of all Defendants, without prejudice or waiver of any of their defenses or objections, except as to absence of a summons or the sufficiency of service of process.

3.  Defendants are not required to respond to the complaints in either of the Related Derivative Actions.

4.  The *Abbas* action is hereby reassigned from the U.S. District Judge Stephen V. Wilson and Magistrate Judge Maria A. Audero to U.S. District Judge George H. Wu and Magistrate Judge Karen E. Scott, who are presiding over the earlier-filed *Nagle* Action.

5.  The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 2:25-cv-02266-GW-KES (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Nagle v. Beck, et al.* | 2:25-cv-02266-GW-KES | March 18, 2025 |
| *Abbas v. Beck, et al.* | 2:25-cv-03361-SVW-MAA | April 16, 2025 |

6.  Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE ROCKET LAB USA, INC. DERIVATIVE LITIGATION | Case No. 2:25-cv-02266-GW-KES |
|---|---|
| | (Consolidated) |
| This Document Relates to: ALL ACTIONS | |

7.  All papers filed in connection with the Consolidated Action will be maintained in one file under Case No. 2:25-cv-02266-GW-KES.

8.  Co-Lead Counsel for plaintiffs in this Consolidated Action shall be:

**RIGRODSKY LAW, P.A.**
Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: vl@rl-legal.com
Email: lw@rl-legal.com

**THE BROWN LAW FIRM, P.C.**
Robert C. Moest
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: RMoest@aol.com
Email: tbrown@thebrownlawfirm.net

9. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

10. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

11. Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

12. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which are subsequently filed in, removed to, reassigned to, or transferred to this Court. When a

shareholder derivative action that properly belongs as part of *In re Rocket Lab USA, Inc. Derivative Litigation*, Case No. 2:25-cv-02266-GW-KES, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Rocket Lab USA, Inc. Derivative Litigation*, Case No. 2:25-cv-02266-GW-KES, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later-filed shareholder derivative actions involving Rocket Lab filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

13. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Action.

14. All proceedings in the Consolidated Action, including all deadlines, hearings, and conferences, shall be stayed according to the terms, and during the pendency, of the Stay in the *Nagle* Action (ECF No. 16), and the Stay order entered in the *Nagle* Action applies in all respects to the Consolidated Action.

15. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

16. The stay will be lifted on these actions once the *Douglas Bray v. Rocket Lab USA, Inc., et al.*, CV 25-1733-GW-KESx action is resolved.

**IT IS SO ORDERED.**

DATED: April 23, 2025

_____
HON. GEORGE H. WU,
United States District Judge